UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:21-CR-373

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY JAY NORMAN | **DEFENDANT'S MOTION TO SUPPRESS DEFENDANT'S STATEMENTS** |

Now comes the Defendant, TIMOTHY JAY NORMAN, by and though his undersigned counsel, and hereby moves to suppress his statements made on July 7, 2021 pursuant to the Fifth Amendment to the United States Constitution.

A brief in support of this motion will be filed contemporaneously herewith.

Respectfully submitted, this the 24th day of January, 2022.

/s/ Joshua B. Howard
Joshua B. Howard
NC Bar No. 26902
Gammon, Howard & Zeszotarski PLLC
115 ½ West Morgan Street
Raleigh, NC 27601
(919) 521-5878
Fax: (919) 882-1898
jhoward@ghz-law.com
Counsel for Defendant Norman

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MOTION through the electronic service function of the Court's electronic filing system:

Joanna G. McFadden
United States Attorney's Office – MDNC

101 S. Edgeworth St., 4th Floor
336-332-6362
Fax: 336-333-5381
Joanna.mcfadden@usdoj.gov

This the 24th day of January, 2022.

/s/ Joshua B. Howard
Counsel for Defendant