IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR373-1 |
| | : | |
| TIMOTHY JAY NORMAN | : | |

## JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant and counsel for the United States inform the Court as follows:

☐ A plea agreement has been signed and filed.
☐ The parties have agreed on a plea agreement and a written plea agreement will be filed no later than N/A.
☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*
☐ The defendant consents to a video conference Rule 11 hearing.
☐ The defendant consents to a teleconference Rule 11 hearing.
☒ The defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☒ The matter is not ready for Rule 11 hearing or trial because:

☒ There is a pending motion which must be resolved. The motion is on the docket at Docket Entry 36.
The motion ☐ does ☒ does not require a hearing at which the defendant must be present.
☐ There are outstanding discovery issues which must be resolved.

☐     The defendant does not intend to plead guilty and the case needs to be set for jury trial.

☒     The parties have discussed the requirements of the Speedy Trial Act and

> ☒     The defendant has filed a motion to exclude time from Speedy Trial Act calculations, to which the United States does not object.
>
> ☐     There are no Speedy Trial Act issues unless disposition of the matter cannot be completed before N/A.

☒ Other information relevant to scheduling:

The defendant has filed a motion to suppress under Docket Entry 30. The United States' response is due today and will be so filed. That matter will require an evidentiary hearing where the defendant's presence is required. Should the defendant's motion to continue be granted, the parties would request that the hearing related to the motion to suppress be calendared during the March 2022 Criminal Term of Court, for the scheduling conflicts the defendant has identified in his motion to continue.

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety

    This the 2nd day of February, 2022.

SANDRA J. HAIRSTON
United States Attorney

_____      _____
/S/ JOANNA G. MCFADDEN      /S/ JOSHUA B. HOWARD
NYSB #4500948      Attorney for Defendant

_____
/S/ JOHN M. ALSUP
NCSB #43386

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua Howard, Esq.

Respectfully submitted,

/S/ JOANNA G. MCFADDEN
Assistant United States Attorney
Deputy Chief, Criminal Division
NYSB #4500948
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

3