```
UNSOL.DMVISS.QDF.20210420150047.
   TO: FBJ      -410430 20210420 15:00:47    18B4AD0E1B
 FROM: DMVISS           20210420 15:00:47
                          N.C. DRIVER LICENSE SYSTEM
RESPONSE BASED UPON:
CUSTOMER ID:       8359181  PAGES:     50
ATTENTION:         IMAGE: Y
                          DRIVER HISTORY RESPONSE
NAME: NORMAN TIMOTHY JAY
ADDRESS:
CITY:                           STATE: NC  ZIP:           TOTAL POINTS:
DOB:           HEIGHT: 5 FT. 11 IN.   SEX: M  EYES: BLU  HAIR: BRO  RACE: W
PRIMARY LICENSE NO:
SECONDARY LICENSE NO:               NON-RESIDENT MILITARY: N   REAL ID:
ORG. ISS.DT:         OS DL NO:                     OS STATE:

        *** DRIVER LICENSE STATUS: CLS C ACTIVE ***

            LIC                                   LMT  COND
CLASS GRP  TYP  ISSUE DT  EXPIR DT  CDL   DISQ   PROB  PRIV RESTR    STATUS
  C         R   05-20-16  07-18-24   N     N      N     N    N      ACTIVE
 ENDORS:M
RSTR: 0 NONE

CRD TRNS:0016334420
```



```
**
IMAGE CAPTURE DATE: 2016-05-20
IMAGE CAPTURE TIME: 11.11.22
**
```

```
                    VEHICLES BY CUSTOMER
CUSTOMER ID:              DOB:            HANDICAP PLACARD:
TIMOTHY JAY NORMAN                        PLACARD STATUS:

                 NC

   VIN NUMBER          VYR    VMA    VMO           VST  PLATE NO  VALID THRU
STOP
                       04     FORD   LGT CONVTN    TK   PFP4737   06152021
                       17     DODG   CHARGER SR    4S   THURRSTY  04152021
INSP
                       17     HD     FLHXS STRE    MC   6W4394    07152021
```

```
                          18   EMPI                    TL  AH41377  PERM
*END OF MESSAGE*
```