IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY JAY NORMAN | : | 1:21CR373-1 |

The Grand Jury charges:

## COUNT ONE

From on or about January 14, 2021, continuing up to and including on or about June 24, 2021, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, TIMOTHY JAY NORMAN, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

On or about March 19, 2021, in the Counties of Guilford and Rockingham, in the Middle District of North Carolina, TIMOTHY JAY NORMAN did knowingly sell and otherwise dispose of a firearm, that is, a Beretta 12 gauge shotgun, to another person, knowing and having reasonable cause to believe that such person had been convicted in any court of a crime

punishable by imprisonment for a term exceeding one year and that such person was then an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, that is, methamphetamine; in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT THREE

On or about May 12, 2021, in the County of Guilford, in the Middle District of North Carolina, TIMOTHY JAY NORMAN did knowingly sell and otherwise dispose of a firearm, that is, a Sig Sauer .357 caliber handgun, to another person, knowing and having reasonable cause to believe that such person had been convicted in any court of a crime punishable by imprisonment

for a term exceeding one year and that such person was then an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, that is, methamphetamine; in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

DATED: February 22, 2022

SANDRA J. HAIRSTON
~~Acting~~ United States Attorney

*[signature]*

BY: JOANNA G. MCFADDEN
Assistant United States Attorney

*[signature]*

BY: JOHN M. ALSUP
Assistant United States Attorney

A TRUE BILL:

FOREPERSON