IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY JAY NORMAN<br><br>Defendant,<br><br>and<br><br>NORTH CAROLINA SUPPLEMENTAL RETIREMENT PLANS,<br><br>Garnishee. | Criminal Case No. 1:21CR373-1 |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
[28 U.S.C. § 3205(b)]

The United States of America, makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Timothy Jay Norman, social security number \*\*\*-\*\*-0373, whose last known address is in Browns Summit, North Carolina. The judgment is in the amount of $15,100.00.

As of August 30, 2022, the sum of $100.00 has been credited to the judgment debt, leaving a total balance of $15,000.00. No interest is accruing on the debt.

More than 30 days have elapsed since demand on the debtor for payment of the debt and the debtor has not paid the amount due.

The Garnishee is believed to be in possession, custody or control of property in which the debtor has a substantial nonexempt interest which is subject to garnishment by the United States, including but not limited to:

**Funds not to exceed $15,000.00, held in a NC 401(k) account in the name of Timothy Jay Norman, Social Security Number XXX-XX-0373, with a balance of $34,238.99, as of July 25, 2022.**

The name and address of the Garnishee or its authorized agent is: North Carolina Supplemental Retirement Plans, c/o North Carolina State Treasurer, Attention: Ben Garner, General Counsel, 3200 Atlantic Ave., Raleigh, NC 27604.

This the 30th day of August, 2022.

SANDRA J. HAIRSTON
United States Attorney

/s/ Joan B. Childs
Assistant United States Attorney
NCSB # 18100
United States Attorney's Office
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
E-mail: joan.childs@usdoj.gov