UNITED STATES OF AMERICA v. TIMOTHY JAY NORMAN
CASE NO.: 1:21CR373-1

ANSWER OF THE GARNISHEE

North Carolina Department of State Treasurer
_____DECLARING UNDER PENALTY OF
(Declarant)

PERJURY THAT THE INFORMATION GIVEN BELOW IS TRUE AND CORRECT,

SAYS:

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____

_____
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a partner of _____organized

under the laws of the State of _____

IF GARNISHEE IS A CORPORATION:

That he/she is the _____(Official Title) of

Garnishee, _____ a corporation, organized under

the laws of the State of _____.

On September 12, 2022, Garnishee was served with the Writ of Continuing Garnishment in the above-named action.

**YOU ARE REQUIRED BY THE WRIT TO WITHHOLD AND RETAIN THAT PROPERTY DESCRIBED IN THE WRIT OF CONTINUING GARNISHMENT.**

1. Does the Garnishee have custody, control or possession of property of the debtor?

    Yes __X__    No _____

    If you answer "Yes" describe below:

    | Property | Value | Estimate Date or Period Due |
    |---|---|---|
    | 1. Supplemental Retirement Income Plan of North Carolina (NC 401(k) Plan) | $34,013.44 | As of September 9, 2022 |
    | 2. North Carolina Public Employee Deferred Compensation Plan (NC 457 Plan) | $28,636.24 | As of September 9, 2022 |
    | 3. | | |

    Is the property owned jointly with another individual and/or entity?

    Yes _____    No __X__

    Name of Joint Owner: _____

2. Does the Garnishee anticipate custody, control or possession of other property of the debtor in the future?

    Yes _____    No __X__

If you answer "Yes" describe below:

| Property | Value | Estimate Date or Period Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

3. Have there been previous garnishments in effect?

    Yes _____    No __X__

    If the answer is yes, describe below:

    _____
    _____

4. Does the Garnishee have custody, control or possession of any property in which the Debtor maintains an interest?

    Yes _____    No __X__

If you answer "Yes," describe below:

| Property | Value | Estimate Date or Period Due |
|---|---|---|
| 1. _____ | _____ | _____ |

2._____  _____  _____

3._____  _____  _____

If you have property in which the Defendant Debtor has an interest, but deny that the property is subject to the Writ of Continuing Garnishment, state the basis for the exemption or reason for the denial or any other objection to the writ:

_____

_____

_____

The Garnishee must mail a copy of this answer by first-class mail to (1) the Debtor, at the Debtor's address set forth hereinabove and (2) the Attorney for the United States, Financial Litigation Program, 101 S. Edgeworth Street, Greensboro, North Carolina 27401.

Executed on  **9/14/ 2022**  .
Date

*/s/ Benjamin Garner*  Benjamin Garner
Declarant  General Counsel
  North Carolina Department of State Treasurer

(919) 814-3821
Telephone Number

3200 Atlantic Avenue, Raleigh, NC 27604
Address

**THE ORIGINAL OF THIS ANSWER MUST BE MAILED TO THE CLERK OF THE UNITED STATES DISTRICT COURT, 324 West Market Street, 4th Floor, Greensboro, NC 27401, and a copy to the UNITED STATES ATTORNEY'S OFFICE, Attn: Financial Litigation Program, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401.**